IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
DALLAS DIVISION

| | |
|---|---|
| MICHAEL GREEN, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | |
| ) | |
| SIMEON ANDRIS *and All Other Occupants*, ) | |
| ) | |
| Defendants. ) | Civil Action No. 3:22-CV-1444-C |

### ORDER

Before the Court are the Findings, Conclusions, and Recommendation of the United States Magistrate Judge therein advising the Court that this civil action should be remanded back to state court.[1]

The Court has reviewed the Findings, Conclusions, and Recommendation for clear error and finds none. It is therefore **ORDERED** that the Findings, Conclusions, and Recommendation are hereby **ADOPTED** as the findings and conclusions of the Court. For the reasons stated therein, the Court **ORDERS** that this civil action be **REMANDED** back to the Dallas County Justice Court from which it was removed.

SO ORDERED.

Date August __6__, 2022.

SAM R. CUMMINGS
SENIOR UNITED STATES DISTRICT JUDGE

---

[1] The Parties have failed to file objections to the Magistrate Judge's Findings, Conclusions, and Recommendation and the time to do so has now expired.